UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 13-23061-CIV-UNGARO

JUAN ABANTO,

               Plaintiff,

v.

AMERICAN EXPRESS, et al.,

               Defendant.

_____/

## ORDER RE-SETTING INITIAL PLANNING AND SCHEDULING CONFERENCE

**THIS CAUSE** is hereby re-set for an Initial Planning and Scheduling Conference before the Honorable Ursula Ungaro, at the United States Courthouse, 400 North Miami Avenue, Room 12-4, Miami, Florida, on **Friday, NOVEMBER 15, 2013 at 10:00 A.M.**

**DONE AND ORDERED** this 28 day of October, 2013 at Miami, Florida.

                                                                           _____
                                                                           URSULA UNGARO
                                                                           UNITED STATES DISTRICT JUDGE

cc: all counsel of record